UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No.  06-cr-00334-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ALONSO MACHUCA-ZAPATA

    Defendant.

## ORDER

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Wednesday, September 27, 2006,** and responses to these motions shall be filed by **Tuesday, October 10, 2006**.  It is

FURTHER ORDERED that a hearing on all pending motions and final trial preparation conference is set for **Monday, October 16, 2006, at 4:00 p.m.**  It is

FURTHER ORDERED that a two-day jury trial is set to commence **Monday, October 23, 2006, at 9:00 a.m.**

Dated: September 5, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge